FILE COPY



# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS

CHIEF JUSTICE
  BONNIE SUDDERTH

JUSTICES
  LEE GABRIEL
  ELIZABETH KERR
  J. WADE BIRDWELL
  DABNEY BASSEL
  DANA WOMACK
  MIKE WALLACH

TIM CURRY CRIMINAL JUSTICE CENTER
401 W. BELKNAP, SUITE 9000
FORT WORTH, TEXAS 76196-0211

TEL: (817) 884-1900

FAX: (817) 884-1932

www.txcourts.gov/2ndcoa

CLERK
  DEBRA SPISAK

CHIEF STAFF ATTORNEY
  LISA M. WEST

GENERAL COUNSEL
  CLARISSA HODGES

October 31, 2019

District Clerk, Jack County
100 N. Main, Suite 310
Jacksboro, TX 76458
* DELIVERED VIA E-MAIL *

J. Jeffrey Springer
Springer & Lyle, L.L.P.
1807 Westminster
Denton, TX 76205
* DELIVERED VIA E-MAIL *

Hon. David L. Evans
Regional Presiding Judge
Tom Vandergriff Civil Courts Building
100 N. Calhoun, 4th Floor
Fort Worth, TX 76196
* DELIVERED VIA E-MAIL *

Gregory P. Lowery
Assistant District Attorney
101 North Trinity, Suite 200
Decatur, TX 76234-1449
* DELIVERED VIA E-MAIL *

Hon. Brock Smith
Judge, 271st District Court
Jack & Wise Counties
P.O. Box 805
Decatur, TX 76234
* DELIVERED VIA E-MAIL *

RE:　　Court of Appeals Number:　02-19-00012-CR, 02-19-00323-CR
　　　　Trial Court Case Number:　　4879, 4880

Style:　　Jonathon Allen Moore
　　　　　　v.
　　　　　　The State of Texas

Today the Second Court of Appeals issued an opinion and judgment in the above-referenced cause. Copies of the opinion and judgment are attached and can also be viewed on our Court's webpage at: http://www.txcourts.gov/2ndcoa.

Respectfully yours,

DEBRA SPISAK, CLERK

FILE COPY

*Debra Spisak*